UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | ORDER |
| WILLIAM CARNEY | : | |
| | : | 1:08-mj-2043(JS) |
| | : | |
| | : | |

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

IT IS on this 20th day of June, 2008

ORDERED that the Federal Public Defender for the District of New Jersey, (Lori Koch, AFPD) is hereby appointed to represent said defendant in this case until further order of the Court.

JOEL SCHNEIDER, USMJ