AO 470 (Rev. 12/03) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

_____ District of _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>WILLIAM CARNEY<br>_Defendant_ | ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT TO<br>BAIL REFORM ACT<br><br>Case Number: 1:08-mj-2043(JS) |

Upon motion of the _____ Government _____, it is ORDERED that a detention hearing is set for ____ June 25, 2008 ____ * at ____ 12:30 p.m. ____
                                                       _Date_                                   _Time_

before _____ Honorable Joel Schneider, USMJ _____
                         _Name of Judicial Officer_

_____ at Camden, NJ _____
          _Location of Judicial Officer_

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____
_____ ) and produced for the hearing.
          _Other Custodial Official_

Date:  June 20, 2008                                _/s/ Joel Schneider_, U.S.M.J.
                                                                           _Judge_

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

    A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.